# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2016

*The Court of Appeals hereby passes the following order:*

## A17D0057. TERRIS TREMAINE RADCLIFF v. THE STATE.

Terris Tremaine Radcliff was convicted of simple battery and was sentenced to twelve months, one day to serve and the remainder on probation. Radcliff, proceeding pro se, filed an application for discretionary appeal, challenging his conviction. However, such order is directly appealable and requires no application. See OCGA § § 5-6-34 (a) (1) and 5-6-35 (a).

We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Radcliff shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/15/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.